## Thursday, April 21, 1994
## MOTION DOCKET

**92–989.** State ex rel. Celebrezze v. Natl. Lime & Stone Co. *Wyandot County*, No. 16–91–7. On motion to reduce cost of record. Ruling on motion stayed for thirty days.

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County*, No. C–920272. On motion for stay. Motion granted for thirty days.

**94–286.** State v. Cox. *Trumbull County*, No. 92–T–4753. On motion for stay. Motion denied.

## DISCIPLINARY DOCKET

**94–661.** In re Boughton. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Robert W. Boughton of Cleveland, Ohio, Attorney Registration No. 0032203, is indefinitely suspended from the practice of law in the state of Ohio.

**94–731.** In re Lloyd. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Ronald K. Lloyd of Mingo Junction, Ohio, Attorney Registration No. 0042572, is indefinitely suspended from the practice of law in the state of Ohio.

## Wednesday, April 27, 1994
## MERIT DOCKET

**90–151.** State ex rel. Weaver v. Lake Cty. Bd. of Commrs. In Mandamus. All pending motions are denied, and, *sua sponte,* this cause is dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–208.** State ex rel. Cardinale v. Keller. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–224.** State ex rel. Murawski v. Judges of Court of Appeals, Eighth App. Dist. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–402.** State ex rel. Luna v. Sixth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–427.** Dillon v. Russell. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–460.** State ex rel. Alls v. McKay. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.
F.E. SWEENEY, J., dissents and would grant an alternative writ.

**94–546.** Blattner v. Littlefield. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–554.** State ex rel. Jacoby v. Shaw. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–559.** State ex rel. Corethers v. Court of Appeals, Eighth Dist. Judges. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.